IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD KEITH WALLS, | No. C 06-0502 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CLASSIFICATION FACILITY, MEDICAL SGT. DEPUTY, ADMINISTRATION, | |
| Defendants. / | |

This is a civil rights case file pro se by an inmate at the San Mateo County Jail who is a frequent litigator in this court. The complaint was dismissed with leave to amend. In response plaintiff filed three amendments. Because the last of these would be the operative complaint under Ninth Circuit law, s*ee Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992), and it clearly did not contain plaintiff's entire complaint, the Court allowed him to file yet another amended complaint. He was warned that if he did not the case would be dismissed. He has not amended.

This case is **DISMISSED** with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August   31  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.06\WALLS502.DSM.wpd